# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| DWAYNE GRAY, | : | No. 516 EAL 2016 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ALLEN HUNTZINGER AND CENTRAL | : | |
| PARKING SYSTEMS, INC., | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.